**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Trista C., Justin C., Annie B., and Charles B.,
Defendants,

Of whom Justin C. is the Appellant,

In the interest of minor children under the age of
eighteen.

Appellate Case No. 2013-000034

_____

Appeal From Lexington County
Robert E. Newton, Family Court Judge

_____

Unpublished Opinion No. 2013-UP-182
Submitted May 1, 2013 – Filed May 2, 2013

_____

**AFFIRMED**

_____

John W. Carrigg, Jr., of Carrigg Law Firm, of Lexington,
for Appellant.

Catherine Fant, of the South Carolina Department of
Social Services, of Lexington, for Respondent.

David Kellum Allen, of Williams Hendrix Steigner &
Brink, P.A., of Lexington, for Guardian ad Litem.

————————

**PER CURIAM:**  Justin C. appeals the family court's order of removal.  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and grant counsel's motion to be relieved.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and KONDUROS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.